J. Aaron Lawson (SBN 319306)
alawson@edelson.com
Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DORIAN ELDRIDGE and SILAS PEREZ, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

FLOCK GROUP INC.,

*Defendant.*

Case No.: 3:26-cv-2375

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities aside from the undersigned, the proposed class, and the proposed class counsel (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Respectfully submitted,

**DORIAN ELDRIDGE and SILAS PEREZ,** individually and on behalf of all others similarly situated,

Dated: March 30, 2026

By: /s/ *Mickey Terlep*

J. Aaron Lawson (SBN 319306)
alawson@edelson.com
Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

*Counsel for Plaintiffs and the Putative Class*