David M. Berger (SBN 277526)
Jane Farrell (SBN 333779)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
jgf@classawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

Gary M. Klinger*
Mike Acciavatti*
Heather M. Lopez (SBN 354022)
**MILBERG PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (331) 240-3015
gklinger@milberg.com
macciavatti@milberg.com
hmlopez@milberg.com

*pro hac vice forthcoming*
Attorneys for Plaintiffs

Daniel L. Warshaw (SBN 185365)
Matthew A. Pearson (SBN 291484)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
mapearson@pwfirm.com

Renner K. Walker (SBN 295889)
Steven M. Nathan (SBN 153250)
Gisela (Zelly) Rosa (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
rwalker@hausfeld.com
snathan@hausfeld.com
zrosa@hausfeld.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIAN ELDRIGE and SILAS PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FLOCK GROUP, INC.,<br><br>Defendant. | Case No. 3:26-cv-02375-TSH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

DANIEL JAVORSKY, ANTHONY MAYOR, BRENDAN WHITNEY, LARISSA CURSARO, SALVADOR CARNERO III, TIMOTHY AUMILLER, PHYLICIA APPLEWHITE, RYAN SMITH, SEAN AREND, and KYLE JORDAN, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

FLOCK GROUP, INC., d/b/a Flock Safety,

        Defendant.

Case No. 4:26-cv-02382-HSG

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiffs Daniel Javorsky, Anthony Mayor, Brendan Whitney, Larissa Cursaro, Salvador Carnero III, Timothy Aumiller, Phylicia Applewhite, Ryan Smith, Sean Arend, and Kyle Jordan (collectively, "*Javorsky* Plaintiffs") provide notice of the following related case in the Northern District of California: *Javorsky, et al. v. Flock Group Inc.*, Case No. 4:26-cv-02382-HSG and request that the Court consider whether the two cases should be related.

## I.    BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The Proposed Related Actions should be related for three reasons:

First, the Proposed Related Actions assert the same or similar claims against the same Defendant, Flock Group, Inc. Both Proposed Related Actions assert that Flock has violated Cal. Civ. Code §§ 1798.90.5 *et seq.* (the "ALPR Privacy Act") by sharing California automated license plate recognition ("ALPR") data with non-Californian law enforcement agencies. Both Proposed Related Actions seek similar relief, including damages, injunctive and equitable relief, declaratory relief, interest, and attorneys' fees and costs, on behalf of a similar set of putative class members.

Second, the Proposed Related Actions arise from the same underlying facts concerning Flock's ALPR systems and illegal data sharing.

Third, if allowed to proceed separately, the Proposed Related Actions will result in duplicative motions and discovery because the complaints raise the same questions of fact and law. Both Proposed Related Actions are in the earliest stages, and no rulings have yet been made.

Thus, both criteria of Civil Local Rule 3-12(a) are satisfied such that coordination before a single judge will conserve the parties' and the Court's resources and will avoid "unduly burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

**II.      CONCLUSION**

Because the *Javorsky* and *Eldridge* complaints each allege substantially the same facts and claims, the Proposed Related Actions should be related and assigned to a single Judge in this Court.

Dated: April 3, 2026

**GIBBS MURA LLP**

By: */s David M. Berger*
David M. Berger (SBN 277526)
Jane Farrell (SBN 333779)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
jgf@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

Gary M. Klinger*
Mike Acciavatti*
Heather M. Lopez (SBN 354022)
**Milberg PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (331) 240-3015
gklinger@milberg.com
macciavatti@milberg.com
hmlopez@milberg.com

Daniel L. Warshaw (SBN 185365)
Matthew A. Pearson (SBN 291484)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403

2

Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
mapearson@pwfirm.com

Renner K. Walker (SBN 295889)
Steven M. Nathan (SBN 153250)
Gisela (Zelly) Rosa (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
rwalker@hausfeld.com
snathan@hausfeld.com
zrosa@hausfeld.com

*pro hac vice forthcoming

*Attorneys for Plaintiffs*

3