Douglas A. Winthrop (No. 183532)
douglas.winthrop@arnoldporter.com
Nina Leviten (No. 351970)
nina.leviten@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone:    415-471-3100
Facsimile:    415-571-3400

Alex Beroukhim (No. 220722)
alex.beroukhim@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    213-243-4000
Facsimile:    213-243-4199

Attorneys for Defendant
FLOCK GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIAN ELDRIDGE and SILAS PEREZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>FLOCK GROUP INC.,<br><br>                Defendant. | Case No. 3:26-cv-2375-TSH<br><br>**DEFENDANT'S STATEMENT OF SUPPORT REGARDING THE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

- 1 -

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Defendant Flock Group Inc. ("Flock") hereby submits this Statement of Support Regarding the Administrative Motion to Relate Cases filed on April 3, 2026 ("Motion," ECF No. 18).  The Motion seeks to relate this putative class action, *Eldridge v. Flock Group Inc.*, Case No. 3:26-cv-2375-TSH ("*Eldridge*"), with the putative class action entitled *Javorsky v. Flock Group Inc.*, Case No. 4:26-cv-2382-HSG ("*Javorsky*").  Flock supports relating the two actions.

## BRIEF STATEMENT OF THE RELATIONSHIP OF THE PROPOSED RELATED ACTIONS

Civil Local Rule 3-12(a) provides that actions can be related when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The Proposed Related Actions satisfy both these criteria.  The Proposed Related Actions, both putative class actions, involve the same defendant (Flock), arise from the same underlying events, and assert the same California causes of action, namely, that Flock has violated Section 1798.90.5 *et seq.* of the California Civil Code, also known as "SB 34," by its alleged capture of license plate data and/or its alleged sharing of such data with federal agencies and/or non-California state agencies.  Plaintiffs in both cases are overlapping putative classes of California residents or individuals who have had their license plate data captured and/or shared by Flock's automated license plate recognition systems.  Plaintiffs seek the same relief in both actions—statutory damages, injunctive relief, and attorney's fees and costs.

The Proposed Related Actions are in the early stages of litigation, and no rulings have yet been made in either case.  Because the Proposed Related Actions raise the same questions of fact and law, there will be entirely duplicative motion practice and discovery if the cases proceed separately.

- 2 -

**CONCLUSION**

In light of the nearly identical facts and claims alleged in the respective complaints, the actions should be related.


Dated: April 7, 2026                    Arnold & Porter Kaye Scholer LLP

By:  */s/ Douglas A. Winthrop*
     Douglas A. Winthrop
     Alex Beroukhim
     Nina Leviten

     Attorneys for Defendant Flock Group Inc.

STATEMENT OF SUPPORT RE THE ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED                    Case No. 3:26-cv-2375-TSH