UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIAN ELDRIDGE and SILAS PEREZ, individually and on behalf of all others similarly situated,

,

Plaintiff(s),

v.

FLOCK GROUP INC.

,

Defendant(s).

Case No. 3:26-cv-2375 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Schuyler Ufkes , an active member in good standing of the bar of Supreme Court of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Dorian Eldridge and Silas Perez in the above-entitled action. My local co-counsel in this case is J. Aaron Lawson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 319306 .

350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

MY ADDRESS OF RECORD

312-589-6370

MY TELEPHONE # OF RECORD

sufkes@edelson.com

MY EMAIL ADDRESS OF RECORD

150 California Street, 18th Floor
San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-212-9300

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

alawson@edelson.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6327714 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2026

Schuyler Ufkes
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Schuyler Ufkes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 30, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2