# EXHIBIT 7



Schuyler Ufkes <sufkes@edelson.com>

---

## Eldridge v. Flock - Preservation

---

**Beroukhim, Alex** <Alex.Beroukhim@arnoldporter.com>                    Tue, Mar 17, 2026 at 11:03 PM
To: Schuyler Ufkes <sufkes@edelson.com>
Cc: Aaron Lawson <alawson@edelson.com>, Mickey Terlep <mterlep@edelson.com>, Eli Wade-Scott
<ewadescott@edelson.com>, "Winthrop, Douglas A." <Douglas.Winthrop@arnoldporter.com>

The slot on Thursday works for us. I will send an invite.

Best,
Alex

---

Alex Beroukhim
Partner | Bio

Arnold & Porter

777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4059
Alex.Beroukhim@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Schuyler Ufkes <sufkes@edelson.com>
**Sent:** Tuesday, March 17, 2026 8:17:52 PM
**To:** Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>
**Cc:** Aaron Lawson <alawson@edelson.com>; Mickey Terlep <mterlep@edelson.com>; Eli Wade-Scott
<ewadescott@edelson.com>; Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com>
**Subject:** Re: [Ext] RE: [Ext] RE: Eldridge v. Flock - Preservation

External E-mail

Alex,

We can do tomorrow 11-3 PT or Thursday 2-3 PT. Let us know what time works for you.

Edelson PC

**Schuyler Ufkes**

350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com

On Fri, Mar 13, 2026 at 8:42 PM Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com> wrote:

> Counsel:
>
> Subject to plaintiffs' agreement to treat this material as confidential, we have attached a sample of the data files
> described in my letter of March 6, and a document that includes additional fields that are collected in Flock data files.

Please let us know when you are available to meet and confer next week.  Wednesday and Thursday work best for us.


Regards,

Alex


_____

Alex Beroukhim
Partner | Bio

**Arnold & Porter**

777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4059
Alex.Beroukhim@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

**From:** Schuyler Ufkes <sufkes@edelson.com>
**Sent:** Thursday, March 12, 2026 5:40 PM
**To:** Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>
**Cc:** Aaron Lawson <alawson@edelson.com>; Mickey Terlep <mterlep@edelson.com>; Eli Wade-Scott <ewadescott@edelson.com>
**Subject:** Re: [Ext] RE: Eldridge v. Flock - Preservation


External E-mail


Agreed.


**Edelson** PC

**Schuyler Ufkes**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com


On Thu, Mar 12, 2026 at 6:41 PM Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com> wrote:

> Schuyler,
>
> I'm hoping to send you the sample tomorrow.  Do plaintiffs agree that they will treat it confidentially given that a protective order has not yet been entered?
>
> Best,

Alex

_____

Alex Beroukhim
Partner | Bio

**Arnold & Porter**

777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4059
Alex.Beroukhim@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Schuyler Ufkes <sufkes@edelson.com>
**Sent:** Tuesday, March 10, 2026 5:17 AM
**To:** Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>
**Cc:** Aaron Lawson <alawson@edelson.com>; Mickey Terlep <mterlep@edelson.com>; Eli Wade-Scott <ewadescott@edelson.com>
**Subject:** Re: Eldridge v. Flock - Preservation

External E-mail

Alex,

On second thought, could you please provide the sample data mentioned in your letter first, then we can discuss? That will allow for a more productive call.

**Edelson** PC

**Schuyler Ufkes**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com

On Mon, Mar 9, 2026 at 9:40 PM Schuyler Ufkes <sufkes@edelson.com> wrote:

> Alex,
>
> We received your letter on Friday. We are generally available on Wednesday, if you'd like to propose a time to discuss.

Thanks,

Schuyler

**Edelson** PC

**Schuyler Ufkes**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com

---------- Forwarded message ---------
From: **Beroukhim, Alex** <Alex.Beroukhim@arnoldporter.com>
Date: Fri, Mar 6, 2026 at 2:10 PM
Subject: [Ext] Eldridge v. Flock Group, Inc.
To: alawson@edelson.com <alawson@edelson.com>, mterlep@edelson.com <mterlep@edelson.com>

Counsel,

Please see attached.

Regards,

Alex

_____

Alex Beroukhim
Partner | Bio

**Arnold&Porter**

777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4059
Alex.Beroukhim@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

--

**Edelson** PC

**Aaron Lawson**
150 California St, 18th Floor, San Francisco, CA 94111
d 415.234.5344 · t 415.212.9300 · edelson.com