# EXHIBIT 8

## Flock Cases

---

**Schuyler Ufkes** <sufkes@edelson.com>                                  Mon, Mar 23, 2026 at 2:10 PM
To: Gary Klinger <GKlinger@milberg.com>
Cc: "dmb@classlawgroup.com" <dmb@classlawgroup.com>, "jgf@classlawgroup.com" <jgf@classlawgroup.com>,
"jsun@classlawgroup.com" <jsun@classlawgroup.com>, "kgw@classlawgroup.com" <kgw@classlawgroup.com>, Mike
Acciavatti <MAcciavatti@milberg.com>, "hmlopez@milberg.com" <hmlopez@milberg.com>, Eli Wade-Scott
<ewadescott@edelson.com>, Mickey Terlep <mterlep@edelson.com>, jpizzirusso <jpizzirusso@hausfeld.com>

David and Gary,

We understand from Flock's counsel at Arnold & Porter (Doug Winthrop) that they are speaking with you today regarding preservation in Javorsky. We wanted to reach out to make sure we are aligned on what we are each telling Flock it needs to preserve.

Flock sent us a preservation letter along with a data sample labeled FLOCK000001 through FLOCK000004. We had a productive call with Flock's counsel last week to discuss preservation scope. Flock has asked us to keep the data samples confidential, so we are unable to share them with you directly, but please let us know if you also received a preservation letter and the same FLOCK000001-4 data samples.

If so, our position is as follows: FLOCK000004 contains 13 categories of data that must be preserved, both historically (as far back as data exists) and on a going-forward basis. Those data categories should be able to identify the class. We do not believe the categories of information contained in FLOCK000001-3 need to be preserved. Flock is most likely to seek a protective order on the image files, because they are enormous and the most costly thing to maintain. We don't believe image files need to be preserved, but with one important caveat: to the extent the data derived from the images is not 100% accurate, our agreement to forgo preservation of images is conditioned on Flock stipulating that it will not later challenge the accuracy of its data by reference to images it chose not to preserve. If Flock intends to make accuracy arguments at any stage, the images must be preserved. We recommend you take the same position.

Please let us know if you have different views on any of this.

Best,
Schuyler



**Schuyler Ufkes**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com

[Quoted text hidden]