# EXHIBIT 9

Case 3:26-cv-02375-VC    Document 39-9    Filed 06/01/26    Page 2 of 4

                                            Schuyler Ufkes <sufkes@edelson.com>

## [Ext] Flock Data Preservation--Submission to Court

**Schuyler Ufkes** <sufkes@edelson.com>                     Tue, Apr 14, 2026 at 1:08 PM
Cc: Renner Walker <rwalker@hausfeld.com>, "dmb@classlawgroup.com" <dmb@classlawgroup.com>, Emma Harman <eharman@bursor.com>, Mickey Terlep <mterlep@edelson.com>, Aaron Lawson <alawson@edelson.com>, "gklinger@milberg.com" <GKlinger@milberg.com>, Eli Wade-Scott <ewadescott@edelson.com>, "pfraietta@bursor.com" <pfraietta@bursor.com>, "jvenditti@bursor.com" <jvenditti@bursor.com>

Taking off defense.

David, I'll circulate (to P's cousnel only) the draft stipulation today. What's the ETA on the draft declaration?

**Edelson** PC

**Schuyler Ufkes**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 312.819.2104 · t 312.589.6370 · edelson.com

On Tue, Apr 14, 2026 at 9:26 AM Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com> wrote:

Counsel –

During our call on Thursday, April 9, 2026, we made another compromise proposal to see if we could reach agreement, speed up data retention and therefore retain more data, and avoid a court fight over preservation. That proposal, which includes all of the fields as to which Plaintiffs had been able to articulate a reasonable basis for preserving, included:

1.    With respect to existing data ***and*** data generated on an ongoing basis, Flock would retain data in the following customer-facing fields, including all of the underlying fields that are used to create these outputs:

License Plate numbers/letters

License Place State

Vehicle Make

Vehicle Color

Capture Date

Capture Time

Capture Network

Capture Camera

Capture Camera Latitude

Capture Camera Longitude

Network ID

Camera ID


This would be coupled with Flock's agreement that (1) Flock would not argue that the data is unreliable and (2) Flock would not deny that it collects other information, such as bumper stickers and roof racks, where available.


2.    Plaintiffs would share in the cost of data storage for retention of the ALPR data generated on an ongoing basis.


3.    While Flock will not retain ALPR image files generally, it will agree to retain existing ALPR image files and ALPR image files generated on an ongoing basis for the named plaintiffs in the three actions (*Eldridge*, *Javorsky*, and *Dutcher*).


In the April 9 call, you inquired about whether Flock would be willing to include "Vehicle Type" as an additional field and whether Flock would be willing to include the image files for Mr. McGinty's vehicle based on counsel's representation that they would be seeking to add him as a named plaintiff.

We asked you to tell us by Friday, April 10, whether Plaintiffs' counsel would agree to our proposal. We have not heard from you since. As we have been telling you for weeks, Plaintiffs' unwillingness to come to a

reasonable agreement regarding the scope of retention for these matters is causing Flock to waste enormous resources collecting immaterial and irrelevant information and, critically, is substantially reducing the pace at which Flock is able to retain data. As we have told you, Flock could increase data retention by a factor of ten if it ceased identifying, copying, and transferring so much irrelevant data.

Consistent with its position all along and given your refusal to compromise, Flock is now taking steps to implement the retention proposal outlined herein, modified, per your request, to add the data field "Vehicle Type" and to retain the image files for Mr. McGinty's vehicle.


We also intend to bring this matter before the Court to put to rest any baseless claim that Flock, which affirmatively raised these retention issues with you and has been trying for six weeks to reach agreement with you, has engaged in spoliation. We can be prepared to have our portion of a five-page joint letter to Judge Gilliam ready by 5pm PDT on Wednesday, April 15, provided you can have your section by 5pm PDT on Friday, April 17. Please let us know if this schedule is acceptable. Thank you.


Doug


_____

Douglas A. Winthrop
Partner | Bio

**Arnold & Porter**

Four Embarcadero Center | 14th Floor
San Francisco, CA 94111-4164
T: +1 415.471.3174
Douglas.Winthrop@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com