David M. Berger (SBN 277526)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: (510) 350-9700
dmb@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

*Counsel for Plaintiff Jordan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FLOCK GROUP INC. AUTOMATED LICENSE PLATE READER LITIGATION | Case No. 3:26-cv-02375-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF KYLE JORDAN**<br><br>Judge: Hon. Vince Chhabria |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyle Jordan, by and through undersigned counsel, hereby voluntarily withdraws his claims in the above as against Defendant Flock Group, Inc., without prejudice to his participation and/or recovery in this matter as an absent class member. Defendant has not yet served an answer nor a motion for summary judgment.

Dated: July 1, 2026

Respectfully submitted,

*/s/ David M. Berger*
David M. Berger (SBN 277526)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

*Counsel for Plaintiff Jordan*

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF KYLE JORDAN
CASE NO. 3:26-CV-02375-VC