**EDELSON PC**
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
Mickey Terlep (SBN 367340)
mterlep@edelson.com
150 California St., 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

**EDELSON PC**
Schuyler Ufkes (Admitted *pro hac vice*)
sufkes@edelson.com
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
pfraietta@bursor.com
Julia K. Venditti (SBN 332688)
jvenditti@bursor.com
50 Main Street, Suite 475
White Plains, NY 10606
Tel: 914.874.0708
Fax: 914.206.3656

*Plaintiffs' Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FLOCK GROUP INC. AUTOMATED LICENSE PLATE READER LITIGATION | Case No. 3:26-cv-02375-VC<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE RELATED DEADLINES** |

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to File Opposition to Defendant's Motion to Dismiss and to Continue Related Deadlines. Good cause appearing, the Motion is GRANTED. The following new deadlines shall govern:

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Plaintiffs' opposition to Motion to Dismiss | August 13, 2026 | August 27, 2026 |
| Flock's reply in support of Motion to Dismiss | August 20, 2026 | September 10, 2026 |
| Hearing on Motion to Dismiss | September 10, 2026, 10:00 a.m. | September 24, 2026, 10:00 a.m. |
| Joint case management statement | September 18, 2026 | October 2, 2026 |
| Initial case management conference | September 25, 2026, 10:00 a.m. | October 9, 2026, 10:00 a.m. |

All other deadlines and provisions of the Court's prior orders remain in effect.

IT IS SO ORDERED.

Dated: August 12, 2026

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE