David M. Berger (SBN 277526)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: (510) 350-9700
dmb@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

*Counsel for Plaintiff Jordan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FLOCK GROUP INC. AUTOMATED LICENSE PLATE READER LITIGATION | Case No. 3:26-cv-02375-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS BRENDAN WHITNEY, TIMOTHY AUMILLER, PHYLICIA APPLEWHITE, AND RYAN SMITH**<br><br>Judge: Hon. Vince Chhabria |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Brendan Whitney, Timothy Aumiller, Phylicia Applewhite, and Ryan Smith, by and through their undersigned counsel, hereby voluntarily withdraw their claims in the above as against Defendant Flock Group, Inc., without prejudice to their participation and/or recovery in this matter as absent class members. Defendants have not yet served an answer nor a motion for summary judgment.

Dated: September 11, 2026

Respectfully submitted,

*/s/ David M. Berger*

David M. Berger (SBN 277526)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

*Counsel for Plaintiffs Whitney, Aumiller, Applewhite, and Smith*